# Pittsburg, Allegheny & Manchester Traction Company, Appellant, v. Pittsburg.

Argued Oct. 25, 1909.  Appeal, No. 109, Oct. T., 1909, by plaintiffs, from decree of C. P. No. 2, Allegheny Co., July T., 1908, No. 9, dismissing bill in equity in case of Pittsburg, Allegheny & Manchester Traction Company and the Pittsburg Railways Company v. City of Pittsburg, John F. Steel, Treasurer, and L. R. Goshorn, Delinquent Tax Collector.  Before FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ. Reversed.

*Samuel McClay,* of *Reed, Smith, Shaw & Beal,* for appellants.

*Lee C. Beatty,* with him, *C. A. O'Brien,* for appellees.

OPINION BY MR. JUSTICE ELKIN, January 3, 1910:

This case is on all fours with the preceding one, and is controlled by the same rules and principles.  The only difference between the two cases is the character of the real estate involved.  It is therefore unnecessary to discuss the question raised by this appeal.  For the reasons stated in the opinion filed in the former case, ante, p. 419, the decree entered by the court below must be reversed.

Decree reversed, bill reinstated and record remitted with directions to enter such decree as will protect the rights of the parties as indicated in the opinion filed in the preceding case. Costs to be paid by appellees.